*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
GASTON, ATTANASIO, and HOUTZ
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Jordan R. SWEATS**
Sergeant (E-5), U.S. Marine Corps
Appellant

**No. 202000059**

Decided: 11 December 2020

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen F. Keane

Sentence adjudged 30 December 2019 by a special court-martial convened at Camp Pendleton, California consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 60 days, forfeiture of $1,000 pay per month for 2 months, and a bad-conduct discharge.

For Appellant:
*Lieutenant Commander Shawn K. Collins, JAGC, USNR*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

However, we note that while the Entry of Judgment [EOJ] correctly reflects the plea and finding to the Specification of Charge IV, the EOJ incorrectly labels this offense as "Extramarital sexual conduct" rather than the offense charged—adultery.[1] In addition, the EOJ erroneously states that the convening authority took no action on the sentence where, in fact, the convening authority [CA] explicitly approved the sentence as adjudged.

Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding. *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998). In accordance with Rule for Courts-Martial 1111(c)(2), we modify the EOJ and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court

_____

[1] Appellant committed adultery on or about 30 September 2017, prior to the President's enumeration of extramarital sexual conduct as an offense that may be charged under Article 134, UCMJ, 10 U.S.C. § 934. *See* Exec. Order No. 13825, 83 Fed. Reg. 9889 (Mar. 8, 2018) (effective Jan. 1, 2019).

# United States Navy–Marine Corps
# Court of Criminal Appeals

**UNITED STATES**

**v.**

**Jordan R. SWEATS**
**Sergeant (E-5)**
**U.S. Marine Corps**
> **Accused**

NMCCA NO. 202000059

**ENTRY**
**OF**
**JUDGMENT**

*As Modified on Appeal*

**11 December 2020**

On 30 December 2019, the Accused was tried at Marine Corps Base Camp Pendleton, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge Stephen F. Keane presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Violation of a lawful general order on or about 30 September 2017.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Charge II:** **Violation of Article 107, Uniform Code of Military Justice, 10 U.S.C. § 907.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:**     **False official statement on or about 13 July 2018.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Charge III:**   **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Specification:**     **Sexual assault on or about 30 September 2017.**

> *Plea:* Not Guilty.
>
> *Finding:* Dismissed.

**Charge IV:**   **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

**Specification:**     **Adultery on or about 30 September 2017.**

> *Plea:* Guilty.
>
> *Finding:* Guilty.

## SENTENCE

On 30 December 2019, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for 60 days.**

**Forfeiture of $1,000 pay per month for 2 months.**

**A bad-conduct discharge.**

The convening authority approved the sentence as adjudged.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court